In the Matter of the Claim of CARLE VAN DE BOGART, Respondent, against ONONDAGA LITHOLITE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted May 20, 1937; decided June 8, 1937.

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.